RAB18J (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **12–20786**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Court Cameron Page
   163 West 200 South, #304
   Salt Lake City, UT 84101

Social Security No.:
   xxx–xx–6064

Employer's Tax I.D. No.:

Petition date: 1/24/12

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                       BY THE COURT

Dated: 5/2/12                                                 William T. Thurman
                                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                                District of Utah
In re:                                                      Case No. 12-20786-WTT
Court Cameron Page                                          Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 1088-2          User: admin                 Page 1 of 3                  Date Rcvd: May 02, 2012
                              Form ID: rab18j             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2012.
db           +Court Cameron Page,    163 West 200 South, #304,    Salt Lake City, UT 84101-1435
aty          +Lee J. Davis,    Law Office of Davis & Jones, PC,    180 East 2100 South,    Suite 102,
               Salt Lake City, UT 84115-2300
8101626     ++ALLIED INSURANCE,    1100 LOCUST STREET D1-7C-0301,    DES MOINES IA 50391-0301
              (address filed with court: Allied Insurance,     Acct # xxxx4410,    PO Box 10479,
               Des Moines, IA 50306-0479)
8101627      +ARC,   Acct # xxxx9844,    P.O. Box 1259,    Oaks, PA 19456-1259
8101629       Auto-Owners Insurance,    Acct # xxxxx0850,    PO Box 30315,    Lansing, MI 48909-7815
8101630      +Auto-Owners Insurance Company,     Acct # xxxxx0850,    Attention: Account Receivables,
               P.O. Box 30660,    Lansing, MI 48909-8160
8101631      +BAC Home Loan,    Acct # 7464,    450 American Street,    Simi Valley, CA 93065-6285
8101632      +CACSI,   Acct # xxxxxxxxx8002,     16011 college BLVD Ste 101,    Lenexa, KS 66219-1442
8101635       CCB Credit Services, Inc.,    Acct # xxxxxxxx1499,    5300 South Sixth Street,
               Springfield, IL 62703-5184
8101637      +CIRG,   Acct # x1052,xxxx7209,    338 Harris Hill Road #203,    Buffalo, NY 14221-7474
8101642      +CST,   Acct # xxxxx7032,    PO Box 33127,    Louisville, KY 40232-3127
8101633      +Caine & Weiner,    Acct # xxxxx0850,xxxxx1078,    1699 East Woodfield Road,
               Schaumburg, IL 60173-4935
8101636      +Chanshare Sod Farm,    Acct # 6084,    PO Box 306,    Tremonton, UT 84337-0306
8101638      +Citi,   Acct # xxxxxxxxxxxx3530,    PO Box 700,    Olathe, KS 66051-0700
8101639      +Colonial Pacific Leasing Corp,    10 Exchange Place 11th Floor,     PO Box 4500,
               Salt Lake City, UT 84110-4500
8101640      +Credit Clearing House,    Acct # xxxxxxxx8-002,    925 West Chester Avenue Ste 101,
               West Harrison, NY 10604-3562
8101641       Credit Recovery Agency,    PO Box 70282,    Salt Lake City, UT 84170-0282
8101643      +Decorative Development,    Acct # 2061,    1584 South 580 East,    American Fork, UT 84003-5628
8101646       Encore,    Acct # xxxxxxxxxxxx3530,    PO Box 3330,    Olathe, KS 66063-3330
8101647       Encore,    Acct # xxxxxxxxxxxx5558,    400 North Rogers Road,    P.O. Box 3330,
               Olathe, KS 66063-3330
8101648      +Enterprise Funding,    Acct # xx0665,    4308 Three Mile Road NW,    Grand Rapids, MI 49534-1137
8101650      +Hamilton and Monroe LLC,    Acct # 6084,    P.O. Box 16723,    Minneapolis, MN 55416-0723
8101651      +Harward Irrigation Systems,     940 South 2000 West,    Springville, UT 84663-3095
8101652      +Hitachi Capital America,    Acct # xxxxxxxxx8002,    800 Connecticut Avenue,
               Norwalk, CT 06854-1738
8101653       Home Depot Credit Services,    Acct # xxxxxxxxxxxx3530,    P.O. Box 653000,    Dallas, TX 75265-3000
8101654       Intermountain Bobcat,    Acct # xxxxxx5000,    PO Box 57157,    Salt Lake City, UT 84157-0157
8101655       Intermountain Healthcare,    Acct # xxxx9844,    Patient Financial Services,    P.O. Box 410400,
               Salt Lake City, UT 84141-0400
8101657       JNR Adjustment Company,    Acct # xx1138,    Attn: Jeffery Dolan, Jr.,     P.O. Box 27070,
               Minneapolis, MN 55427-0070
8101658       Komatsu Equipment,    Acct # xxxxs008,    PO Box 842326,    Dallas, TX 75284-2326
8101659      +Kubota Credit,    Acct # x1052,xxxx7209,    14855 FAA BLVD,    Fort Worth, TX 76155-2219
8101663      +MRS Associates,    Acct # xxxxx6810,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
8101660       Mack Financial Services,    Acct # xxx-xxxxxx6-001,    c/o Citi Bank,    PO Box 7247-0236,
               Philadelphia, PA 19170-0236
8101661      +McCarthy, Burgess & Wolff,    Acct # xxxx9046,    26000 Connon Road,    Cleveland, OH 44146-1807
8101662      +Monitronics International Inc,    Acct # xxxxx7947,xx0807,    12801 Stemmons Freeway Ste 821,
               Dallas, TX 75234-5879
8101664      +NACM Business Credit Services,     Acct # 3017,x0629,    7410 South Creek Road, Suite 301,
               Sandy, UT 84093-6151
8101666      +Northland Group Inc.,    Acct # xxxxxxxxxxxx3530,    P.O. Box 390905 Mail Code C45,
               Minneapolis, MN 55439-0905
8101667      +Outback Topsoil,    4230 West Farm Road,    West Jordan, UT 84088-4906
8101668      +Pallet Express,    3040 West 900 South,    Salt Lake City, UT 84104-4534
8101669      +Pinnacle Credit Services,    Acct # xxxxxxxxxxxx3530,    P.O. Box 640,    Hopkins, MN 55343-0640
8101670      #Platinum Protection,    1261 South 820 East #300,    American Fork, UT 84003-3378
8101672      +Progressive Plants,    Acct # x1451,    10252 South Highway U-111,    Bingham Canyon, UT 84006-1215
8101675       RMS,   Acct # xxxx4410,    77 Hartland Street  STE 401,    P.O. Box 280431,
               East Hartford, CT 06128-0431
8101673       Revenue Cycle Solutions, Inc.,    P.O. Box 7229,    Westchester, IL 60154-7229
8101674      +Richard J. Carling,    Acct # x4706,    420 East South Temple Street, Suite 470,
               Salt Lake City, UT 84111-1315
8101676      +Rosenthal, Morgan, and Thomas, Inc.,     Acct # xxxxx7947,xx0807,
               12747 Olive Boulevard, Suite 250,    Saint Louis, MO 63141-6278
8101677      +Salt Lake Clinic,    333 South 900 East,    Salt Lake City, UT 84102-2390
8101678      +Sprinkler Supply,    Acct # utasprian,    7878 South 1400 West,    West Jordan, UT 84088-9400
8101679       Stephens and Michaels Associates, Inc,     Acct # xx1032,    P.O. Box 109,    Salem, NH 03079-0109
8101680      +Tennessee Comerce Bank,    Acct # xx0665,    381 Mallory Station Road, Ste 207,
               Franklin, TN 37067-8264
8101681       The McGraw Hill Companies,    Acct # xxxxx7032,    7625 Collections Center Drive,
               Chicago, IL 60693-0076
8101682      +Transworld Systems,    980 Harvest Drive Ste 202,    Blue Bell, PA 19422-1955
8101684       Vital Recovery Services,    Acct # xxxxx6810,    P.O. Box 923747,    Norcross, GA 30010-3747
8166698      +Yellow Book Sales & Distribution,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
```

```
District/off: 1088-2           User: admin                    Page 2 of 3                    Date Rcvd: May 02, 2012
                               Form ID: rab18j                Total Noticed: 69
```

```
8101687       +Yellow Book USA,    Acct # xx7334,    Collection Department,    2560 Renaissance BLVD,
                King of Prussia, PA 19406-2673
8101688       +Yellow Pages.com,    Acct # xxxx9046,    611 North Brand BLVD 5th Floor,    Glendale, CA 91203-3288
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QRGSEGAL.COM May 03 2012 04:18:00      Roger G. Segal tr,    257 East 200 South,    Suite 700,
                P.O. Box 11008,    Salt Lake City, UT  84147-0008
ust           +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov May 03 2012 05:14:36      United States Trustee,
                Ken Garff Bldg.,    405 South Main Street,    Suite 300,    Salt Lake City, UT 84111-3402
8101625        EDI: AFNIRECOVERY.COM May 03 2012 04:18:00      AFNI, Inc.,    404 Brock Drive,    P.O. Box 3427,
                Bloomington, IL 61702-3427
8101628        EDI: ACCE.COM May 03 2012 04:13:00      Asset Acceptance Corporation,    Acct # xxxxxxxxxxxx5558,
                Retailers National Bank-Target,    P.O. Box 2036,    Warren, MI 48090-2036
8101634        EDI: RMSC.COM May 03 2012 04:18:00      Care Credit,    Acct # xxxxxxxxxxxx5558,    PO Box 981127,
                El Paso, TX 79998-1127
8101644       +E-mail/Text: vendorsupport@dexknows.com May 03 2012 04:40:24      Dex,    Acct # xxxxx5407,
                3190 South Vaughn Way 6 North,    Aurora, CO 80014-3506
8101665       +E-mail/Text: vendorsupport@dexknows.com May 03 2012 04:40:24      Dex Media West, Inc.,
                Acct # xxxxx5407,    P.O. Box 79167,    Phoenix, AZ 85062-9167
8101645        E-mail/Text: vendorsupport@dexknows.com May 03 2012 04:40:24      Dex One,    Acct # xxxxx5407,
                PO Box 79167,    Phoenix, AZ 85062-9167
8101649       +EDI: GMACFS.COM May 03 2012 04:18:00      GMAC,    Acct # xxxxxxxx1499,    PO Box 380902,
                Minneapolis, MN 55438-0902
8101656        EDI: IRS.COM May 03 2012 04:18:00      Internal Revenue Service,    Acct # 6064,
                Bankruptcy Correspondence,    P.O. Box 7346,    Philadelphia, PA 19101-7346
8101671       +EDI: PHINPLAZA.COM May 03 2012 04:13:00      Plaza Associates,    Acct # xxxxxx15-12,
                370 7th Avenue, 15th Floor,    New York, NY 10001-3971
8101683        EDI: UTAHTAXCOMM.COM May 03 2012 04:13:00      Utah State Tax Commission,    Acct # 6064,
                Attention: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-7040
8101686       +E-mail/Text: vci.bkcy@vwcredit.com May 03 2012 04:38:19      VW Credit, Inc.,    Acct # xxxxx6810,
                Payments,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460
8101685        E-mail/Text: vci.bkcy@vwcredit.com May 03 2012 04:38:19      Volkswagon Credit,    P.O. Box 60144,
                City of Industry, CA 91716-0144
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 1088-2          User: admin              Page 3 of 3            Date Rcvd: May 02, 2012
                              Form ID: rab18j          Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0